# EXHIBIT A

FILED    Received for Filing    Oakland County Clerk    5/9/2023 10:12 AM

# STATE OF MICHIGAN

## OAKLAND COUNTY CIRCUIT COURT

MOLLIE WILLIAMS,

     Plaintiff,

vs.

AMAZON.COM SERVICES LLC,
and DION BRYANT CARTER JR.

     Defendant.

2023-200259-CD

JUDGE MARY ELLEN BRENNAN

Case No:       -CD
Honorable

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

---

CAITLIN E. MALHIOT (P76606)
JONATHAN R. MARKO (P72450)
MARKO LAW, PLLC
Attorney for Plaintiff
1300 Broadway, 5th Floor
Detroit, Michigan 48226
313-777-7529
cait@markolaw.com

---

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred or otherwise disposed of after having been assigned to a Judge in this Court.

---

## **COMPLAINT**

NOW COMES Plaintiff, Mollie Williams, by and through her attorneys, MARKO

LAW, PLLC, and for her Complaint against the above-named Defendant, states as follows:

1

## JURISDICTION AND VENUE

1.     Plaintiff Mollie Williams is a female residing in the County of Macomb, State of Michigan.

2.     Defendant Amazon.com Services LLC is a foreign profit corporation conducting business in the County of Oakland, State of Michigan.

3.     Defendant Dion Carter Jr. is a male, and upon information and belief, is residing n the County of Oakland, State of Michigan.

4.     The amount in controversy greatly exceeds this Court's jurisdictional requirement.

## FACTUAL ALLEGATIONS

5.     Williams, by reference, incorporates the preceding paragraphs of her Complaint as though fully set forth herein.

6.     Williams began her working relationship with Defendant on May 30th, 2021.

7.     Plaintiff is a homosexual woman.

8.     Shortly after her employment began, Williams was continuously harassed on the basis of her sexual orientation.

9.     Defendant Dion Bryant Carter Jr. was an Amazon Flex Driver at the time of Plaintiff William's employment.

10.    Williams would be verbally harassed by Carter Jr. due to her sexual orientation. Williams would endure being called slurs such as "Dyke" and "Bull dagger" by Carter Jr.

2

11.     On several occasions, William's coworkers would threaten her with physical harm. Carter Jr. told Williams he would assault her, kill her, and would ask her when she would be off work so he could do so.

12.     Williams was told by a coworker, "You think you're a man, you don't have a dick".

13.     Williams reported the harassment regarding her sexual orientation by writing a complaint to the ethics committee on December 6th, 2022.

14.     In response, a manager whom she brought the complaint to said, "I don't want to be bothered with this."

15.     After the harassing comments continued, Williams reported the harassment to the ethics committee again on December 12th, 2022.

16.     Williams was terminated December 19th, 2022, for insubordination.

17.     Upon information and belief, Williams was terminated in retaliation for her repeated complaints of harassment on the basis of sexual orientation.

18.     Williams has suffered and continues to suffer emotional distress as a result of the severe harassment regarding her sexual orientation to which she has endured and the illegal retaliatory termination of her employment.

19.     As a result of Defendant's actions and inactions, Williams has suffered, and will continue to suffer, extensive damages, including but not limited to the following:

a. Stress;

b. Humiliation;

3

c.  Emotional Damages;

d.  Non-economic damages;

e.  Exemplary damages;

f.  Economic Damages; and

g.  All other injuries to be discovered throughout discovery.

## COUNT I- VIOLATION OF MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT
### *(Disparate Treatment)*

20.    Plaintiff re-alleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

21.    At all material times, Plaintiff was an employee, and Defendant was her employer, covered by and within the meaning of the Michigan Elliott-Larsen Civil Rights Act, MCL 37.2101, et seq.

22.    Defendant is vicariously liable for the violation of Plaintiff's Rights under the Michigan Elliott-Larsen Civil Rights Act pursuant to the doctrine of respondeat superior.

23.    Plaintiff's sexual orientation was a primary factor that made a difference in Defendant's treatment of Plaintiff.

24.    Defendant, through its agents, representatives, and employees, was predisposed to discriminate on the basis of sex and acted in accordance with that predisposition.

25.    Defendant, through its agents, representatives, and employees, treated Plaintiff differently from similarly situated employees in the terms and conditions

4

of employment, based on unlawful consideration of sexual orientation.

26.     Defendant's actions were intentional in disregard for Plaintiff's rights and sensibilities.

27.     As a direct and proximate result of Defendant's unlawful actions, Plaintiff has sustained and continues to sustain injuries and damages.

## COUNT II- VIOLATION OF MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT
### (Hostile Work Environment)

28.     Plaintiff re-alleges and incorporates by reference the forgoing paragraphs as if fully set forth within.

29.     At all material times, Plaintiff was an employee, and Defendant was her employers, covered by and within the meaning of the Michigan Elliott-Larsen Civil Rights Act, MCL 37.2101, et seq.

30.     Defendant is vicariously liable for the violation of Plaintiff's Rights under Michigan Elliott-Larsen Civil Rights Act under the doctrine of respondeat superior.

31.     Plaintiff was subjected to unwelcome verbal and physical conduct due to her sexual orientation.

32.     The unwelcome conduct complained of was based on Plaintiff's sex orientation.

33.     The unwelcome conduct affected a term or condition of employment and/or had the purpose or effect of unreasonably interfering with Plaintiff's work performance and/or creating an intimidating, hostile or offensive work environment.

5

34.     As a direct and proximate result of Defendant's unlawful actions, Plaintiff has sustained and continues to sustain injuries and damages.

## COUNT III- VIOLATION OF MICHIGAN ELLIOT-LARSEN CIVIL RIGHTS ACT
### *(Retaliation)*

35.     Plaintiff re-alleges and incorporates by reference the forgoing paragraphs as if fully set forth within.

36.     At all relevant times Plaintiff was an employee and Defendant was an employer covered by and within the meaning of the Michigan Elliott-Larsen Civil Rights Act, MCL 37.2101, et seq.

37.     Plaintiff reported harassment to her employer covered by and within the meaning of the Michigan Elliot-Larsen Civil Rights Act, MCL 37.2101, et seq.

38.     Defendant retaliated against Plaintiff for asserting her rights under the Michigan Elliott-Larsen Civil Rights Act, MCL 37.2101, et seq., by terminating her employment.

39.     As a result of Defendant's retaliatory termination of Plaintiff's employment, Plaintiff has suffered and continues to suffer damages.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court grant judgment in favor of Plaintiff and against Defendant in an amount the Court or jury deems just and fair, plus interest, costs and attorney fees.

Respectfully submitted,

*/s/ Caitlin E. Malhiot*

6

Caitlin E. Malhiot (P76606)
Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
1300 Broadway Street, Fifth Floor
Detroit, MI 48226
Phone: 313-879-0229
Email: cait@markolaw.com

Dated: May 9, 2023

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to
the above cause to each attorney of record on **May 9, 2023**, via:

☐ U.S. Mail             ☐ Fax
☐ Hand Delivered        ☐ Overnight Carrier
☐ Certified Mail        ☒ Other:  Mi-FILE Truefiling
☐ ECF System            ☐ Email

*/s/ Devynn Stepowski*
Devynn Stepowski

7

| Approved, SCAO | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| **JUDICIAL DISTRICT** | **SUMMONS** | 23-200259-CD |
| 6th   **JUDICIAL CIRCUIT** | | |
| **COUNTY** | | |

| Court address | Court telephone no. |
|---|---|
| 1200 N. Telegraph Rd Department 404, Pontiac, MI 48341-0404 | 248-858-0344 |

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Mollie Williams<br>2002 Meadowbrook Ct.<br>Sterling Heights, MI 48310<br><br>407-488-2726 | v | Amazon.com Services LLC<br>C/O CSC Lawyers Incorporating Service<br>2900West Road Ste 500<br>East Lansing, MI 48823<br><br>Dion Bryant Carter Jr. |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Caitlin Malhiot (P76606)<br>1300 Broadway St. Fl 5<br>Detroit, MI 48226<br><br>313-777-7529 | | This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling. |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☑ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 5/11/2023 | 08/10/2023 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01**   (3/23)   **SUMMONS**                                   MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED   Received for Filing   Oakland County Clerk   7/14/2023 1:08 PM

**Summons** (3/23)

Case No. <u>23-200259-CD</u>

---

**PROOF OF SERVICE**

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)       Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Amazin.com Services LLC
c/o CSC Lawyers Incorporating
Service
2900 West Road STE 500
East Lansing MI 4 882

9590 9402 7839 2284 1442 09

2. Article Number (Transfer from service label)

022 1470 0003 0645 5366

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #



9590 9402 7839 2234 1442 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

● Sender: Please print your name, address, and ZIP+4® in this box●

Marko Law
1800 Broadway St. FL 5
Detroit, MI 48226

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>6th **JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NO.**<br>23-200259-CD |
|---|---|---|

| **Court address** | **Court telephone no.** |
|---|---|
| 1200 N. Telegraph Rd Department 404, Pontiac, MI 48341-0404 | 248-858-0344 |

| Plaintiff's name, address, and telephone no.<br>Mollie Williams<br>2002 Meadowbrook Ct.<br>Sterling Heights, MI 48310<br><br>407-488-2726 | v | Defendant's name, address, and telephone no.<br>Amazon.com Services LLC<br>C/O CSC Lawyers Incorporating Service<br>2900 West Road Ste 500<br>East Lansing, MI 48823<br><br>Dion Bryant Carter Jr. |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Caitlin Malhiot (P76606)<br>1300 Broadway St. Fl 5<br>Detroit, MI 48226<br><br>313-777-7529 | | This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling. |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

[✓] There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

[ ] There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

[ ] It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

[ ] This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

[ ] MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

[✓] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

[ ] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in [✓] this court, _____ Court, where it was given case number _____ and assigned to Judge _____

The action [ ] remains [ ] is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>5/11/2023 | Expiration date*<br>08/10/2023 | Court clerk<br>Lisa Brown |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23) **SUMMONS** — MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED Received for Filing Oakland County Clerk 7/14/2023 4:13 PM

**Summons** (3/23)

Case No. <u>23-200259-CD</u>

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)  a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)  Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

Amazin.com Services LLC
c/o CSC Lawyers Incorporating
Service
2.900 West Road STE 500
East Lansing MI 4 882

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9402 7839 2284 1442 09

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
022 1470 0002 0445 5366

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 7839 2234 1442 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service



• Sender: Please print your name, address, and ZIP+4® in this box•

Marko Law
1300 Broadway St. FL 5
Detroit, MI 48226

| STATE OF MICHIGAN<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>6th | **DEFAULT**<br>**REQUEST AND ENTRY** | **CASE NO. and JUDGE**<br>2023-200259-CD<br>Judge Mary Ellen Brennan |
|---|---|---|

| **Court address**<br>1200 N Telegraph, Pontiac, MI 48341 | **Court telephone no.**<br>248-858-0344 |
|---|---|

| Plaintiff's name, address, and telephone no.<br>MOLLIE WILLIAMS<br>2002 Meadowbrook Ct.<br>Sterling Heights, MI 48310<br>407-488-2726 | v | Defendant's name, address, and telephone no.<br>AMAZON.COM SERVICES, LLC<br>2900 West Road Ste 500<br>East Lansing, MI 48823<br><br>DION BRYANT JR. |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>CAITLIN E. MALHIOT (P76606)<br>JONATHAN R. MARKO (P72450)<br>220 W Congress, Fourth Floor<br>Detroit, MI 48226<br>(313) 777-7529 | | Defendant's attorney, bar no., address, and telephone no. |

Party in default: Defendant Amazon.com Services LLC

---

**REQUEST**

1. I request the clerk to enter the default of the party named above for failure to plead or otherwise defend as provided by law.

2. The defaulted party is not an infant or incompetent person.

3. ☐ It is unknown whether the defaulted party is in the military service. ☑ The defaulted party is not in the military service. ☐ The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend has been provided. Attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act. Facts upon which this conclusion is based are: (specify)

4. This request is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this request.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

/s/ Caitlin E. Malhiot
_____
Applicant/Attorney signature

Subscribed and sworn to before me on  7/12/23 _____ .
                                        Date

/s/ Devynn Stepowski
_____
Deputy clerk/Notary public signature

My commission expires on  8/23/29 _____ .
                                                    Devynn Stepowski
                                                    _____
                                                    Name (type or print)

Notary public, State of Michigan, County of  Oakland _____ . ☑ Acting in the County of  Wayne _____ .
☑ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Approved, SCAO
Form MC 07, Rev. 6/22
MCL 32.517, MCL 600.2441, MCL 600.5759, 50 USC 3931, MCR 2.603
Page 1 of 2

Distribute form to:
Court
Applicant
All other parties

FILED   Received for Filing   Oakland County Clerk   7/14/2023 4:13 PM

**Default Request and Entry**   (6/22)
Page 2 of 2

Case No. 2023-200259-CD

NOTE: Default can be entered by a district court
clerk without the request of a party.

### DEFAULT ENTRY

The default of the party named above for failure to plead or otherwise defend is entered.

Lisa Brown                                      7/17/2023

Court clerk signature and date          /s/ J. Conti

Use note: The party who sought the entry of the
default is responsible for serving all parties in
accordance with MCR 2.603(A)(2).

### CERTIFICATE OF MAILING

I served a copy of this default request and entry on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

_____                  _____
Date                                                            Signature

**STATE OF MICHIGAN**
**IN THE SIXTH JUDICIAL CIRCUIT COURT**
**FOR THE COUNTY OF OAKLAND**

MOLLIE WILLIAMS,

     Plaintiff,

vs.

AMAZON.COM SERVICES LLC, and
DION BRYANT CARTER JR.,

     Defendants.

Case No. 2023-200259-CD
Hon. Mary Ellen Brennan

---

| | |
|---|---|
| Caitlin E. Malhiot (P76606)<br>Jonathan R. Marko (P72450)<br>MARKO LAW, PLLC<br>1300 Broadway, 5th Floor<br>Detroit, Michigan 48226<br>313-777-7529<br>cait@markolaw.com<br>jon@markolaw.com<br><br>*Attorneys for Plaintiff* | Stephanie L. Sweitzer (P66376)<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, Illinois 60606<br>312-324-1000<br>stephanie.sweitzer@morganlewis.com<br><br>*Attorneys for Defendant Amazon.com Services, LLC* |

---

## ENTRY OF APPEARANCE

Stephanie L. Sweitzer (P66376) of the firm MORGAN, LEWIS & BOCKIUS LLP hereby enters her appearance on behalf of Defendant Amazon.com Services LLC in this matter.

Dated: July 25, 2023

By: ___/s/ Stephanie L. Sweitzer_____
Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
312-324-1000
stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon.com Services, LLC*

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2023, I served the foregoing the Entry of Appearance via

First Class Mail with postage prepaid and electronic mail on:

Caitlin E. Malhiot (P76606)
Jonathan R. Marko (P72450)
Marko Law, PLLC
1300 Broadway, 5th Floor
Detroit, Michigan 48226
313-777-7529
cait@markolaw.com
jon@markolaw.com

*Attorneys for Plaintiff Mollie Williams*

*   /s/ Stephanie L. Sweitzer*
Stephanie L. Sweitzer

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**STATE OF MICHIGAN
IN THE SIXTH JUDICIAL CIRCUIT COURT
FOR THE COUNTY OF OAKLAND**

MOLLIE WILLIAMS,

     Plaintiff,

vs.

AMAZON.COM SERVICES LLC, and
DION BRYANT CARTER JR.,

     Defendants.

Case No. 2023-200259-CD
Hon. Mary Ellen Brennan

---

Caitlin E. Malhiot (P76606)
Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway, 5th Floor
Detroit, Michigan 48226
313-777-7529
cait@markolaw.com
jon@markolaw.com

*Attorneys for Plaintiff*

Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
312-324-1000
stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon.com
Services, LLC*

---

**JOINT STIPULATION AND [PROPOSED] ORDER
<u>VACATING CLERK'S ENTRY OF DEFAULT</u>**

WHEREAS, on May 9, 2023, Plaintiff Mollie Williams ("Plaintiff") filed her Complaint

with the Oakland County Circuit Court, State of Michigan in the above captioned matter;

WHEREAS, on July 14, 2023, Plaintiff filed a Proof of Service form containing a copy of

a Certified U.S. Mail Return Receipt purportedly signed by a representative of Defendant

Amazon.com Services LLC's ("Amazon") registered agent, CSC Lawyers Incorporating Service,

at the address 2900 West Road, Ste. 500, East Lansing, MI 48823;

WHEREAS, on July 14, 2023, Plaintiff filed a Default Request requesting the Clerk of

Court's Entry of Default as to Amazon;

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

WHEREAS, on July 17, 2023, the Clerk entered a Default as to Amazon;

WHEREAS, to date, Amazon has not been properly served because the correct address for its registered agent, CSC Lawyers Incorporating Service, as reflected in the Michigan Secretary of State's records, is 3410 Belle Chase Way, Ste. 600, Lansing, MI 48911, not the address at which Plaintiff attempted to serve a copy of the Summons and Complaint.  Amazon lacks knowledge or information as to whom signed the certified mail receipt;

WHEREAS, on July 19, 2023 and July 20, 2023, counsel for Amazon contacted Plaintiff's counsel via email and telephone to confer regarding the Clerk's Entry of Default and to accept service of the Complaint on behalf of Defendant.  Counsel for Plaintiff consented to vacating the Clerk's Entry of Default and setting the deadline for Defendant to answer, plead, or otherwise respond to the Complaint as August 7, 2023;

WHEREAS, the parties hereby stipulate and agree to vacate the Clerk's Entry of Default, and further agree that the deadline for Defendant to answer, plead, or otherwise respond to the Complaint shall be August 7, 2023;

NOW THEREFORE, upon the stipulation of the parties, and the Court being otherwise advised;

IT IS HEREBY ORDERED as follows:

1.  The Clerk's Entry of Default entered on July 17, 2023 shall be vacated; and

2.  Defendant Amazon.com Services LLC shall file its responsive pleading on or before August 7, 2023.

_____
Hon. Mary Ellen Brennan

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER; APPROVED AS TO FORM:**

Dated: July 25, 2023

By: ____*/s/ Caitlin E. Malhiot*_____          By: ____*/s/ Stephanie L. Sweitzer*_____
Caitlin E. Malhiot (P76606)                         Stephanie L. Sweitzer (P66376)
Jonathan R. Marko (P72450)                          MORGAN, LEWIS & BOCKIUS LLP
MARKO LAW, PLLC                                     110 North Wacker Drive, Suite 2800
1300 Broadway, 5th Floor                            Chicago, Illinois 60606
Detroit, Michigan 48226                             312-324-1000
313-777-7529                                        stephanie.sweitzer@morganlewis.com
cait@markolaw.com
jon@markolaw.com

*Attorneys for Plaintiff*                            *Attorneys for Defendant Amazon.com
                                                    Services, LLC*

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

3

| STATE OF MICHIGAN SIXTH JUDICIAL CIRCUIT COURT OAKLAND COUNTY | ORDER TO REMOVE FROM CASE EVALUATION TO FACILITATIVE MEDIATION | CASE NO. 2023-200259-CD HON: Mary Ellen Brennan |
|---|---|---|

**Court Address**
1200 N. Telegraph Road, Pontiac, MI 48341

**Court Telephone**
248-858-0350

| Plaintiff's name(s), address(es) and telephone number(s) MOLLIE WILLIAMS | v | Defendant's name(s), address(es) and telephone number(s) AMAZON.COM SERV |
|---|---|---|
| Plaintiff's attorney, bar no., address, telephone number, and email address CAITLIN MALHIOT P76606 | | Defendant's attorney, bar no., address, telephone number, and email address UNKNOWN |

## ORDER

On the court's own motion, this case is removed from the court's case evaluation process and shall proceed with facilitative mediation pursuant to MCR 2.410 and MCR 2.411. Objections to this order shall be brought within **fourteen (14) days**. Failure to timely object to this order shall waive the objection.

Within **fourteen (14) days** of this order, the parties shall notify the court in writing of the selected facilitator.[1] Facilitative mediation must be completed no later than **sixty (60) days** prior to the scheduled trial date. Failure to comply with this provision may result in an order to show cause to issue.

All parties with authority to settle the matter must be in attendance and must have the information and settlement authority described in MCR 2.410(D)(2). Failure of a party or an individual having settlement authority to attend the facilitative mediation may constitute default as permitted and defined in MCR 2.410(D)(3).

The cost of the ADR process as invoiced by the facilitative mediator will be shared equally by the parties unless otherwise ordered by the court.

This is **NOT** a final order that resolves the case pursuant to MCR 2.602(A)(3).

**IT IS SO ORDERED.**

/s/ Mary Ellen Brennan                    July 24, 2023
Circuit Court Judge                        Date

                                           KS

---

[1] If the parties are unable to agree on a facilitator, the court will appoint one pursuant to MCR 2.411(B)(2).

Revised: May 2023

**STATE OF MICHIGAN**
**IN THE SIXTH JUDICIAL CIRCUIT COURT**
**FOR THE COUNTY OF OAKLAND**

MOLLIE WILLIAMS,

     Plaintiff,

vs.

AMAZON.COM SERVICES LLC, and
DION BRYANT CARTER JR.,

     Defendants.

Case No. 2023-200259-CD
Hon. Mary Ellen Brennan

---

Caitlin E. Malhiot (P76606)
Jonathan R. Marko (P72450)
MARKO LAW, PLLC
1300 Broadway, 5th Floor
Detroit, Michigan 48226
313-777-7529
cait@markolaw.com
jon@markolaw.com

*Attorneys for Plaintiff*

Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
312-324-1000
stephanie.sweitzer@morganlewis.com

*Attorneys for Defendant Amazon.com Services, LLC*

---

**JOINT STIPULATION AND [PROPOSED] ORDER**
**VACATING CLERK'S ENTRY OF DEFAULT**

WHEREAS, on May 9, 2023, Plaintiff Mollie Williams ("Plaintiff") filed her Complaint with the Oakland County Circuit Court, State of Michigan in the above captioned matter;

WHEREAS, on July 14, 2023, Plaintiff filed a Proof of Service form containing a copy of a Certified U.S. Mail Return Receipt purportedly signed by a representative of Defendant Amazon.com Services LLC's ("Amazon") registered agent, CSC Lawyers Incorporating Service, at the address 2900 West Road, Ste. 500, East Lansing, MI 48823;

WHEREAS, on July 14, 2023, Plaintiff filed a Default Request requesting the Clerk of Court's Entry of Default as to Amazon;

WHEREAS, on July 17, 2023, the Clerk entered a Default as to Amazon;

WHEREAS, to date, Amazon has not been properly served because the correct address for its registered agent, CSC Lawyers Incorporating Service, as reflected in the Michigan Secretary of State's records, is 3410 Belle Chase Way, Ste. 600, Lansing, MI 48911, not the address at which Plaintiff attempted to serve a copy of the Summons and Complaint.  Amazon lacks knowledge or information as to whom signed the certified mail receipt;

WHEREAS, on July 19, 2023 and July 20, 2023, counsel for Amazon contacted Plaintiff's counsel via email and telephone to confer regarding the Clerk's Entry of Default and to accept service of the Complaint on behalf of Defendant.  Counsel for Plaintiff consented to vacating the Clerk's Entry of Default and setting the deadline for Defendant to answer, plead, or otherwise respond to the Complaint as August 7, 2023;

WHEREAS, the parties hereby stipulate and agree to vacate the Clerk's Entry of Default, and further agree that the deadline for Defendant to answer, plead, or otherwise respond to the Complaint shall be August 7, 2023;

NOW THEREFORE, upon the stipulation of the parties, and the Court being otherwise advised;

IT IS HEREBY ORDERED as follows:

1. The Clerk's Entry of Default entered on July 17, 2023 shall be vacated; and

2. Defendant Amazon.com Services LLC shall file its responsive pleading on or before August 7, 2023.

/s/ Mary Ellen Brennan
Hon. Mary Ellen Brennan

July 26, 2023
KS

2

**WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER; APPROVED AS TO FORM:**

Dated: July 25, 2023

By: ___*/s/ Caitlin E. Malhiot*___          By: ___*/s/ Stephanie L. Sweitzer*___
Caitlin E. Malhiot (P76606)              Stephanie L. Sweitzer (P66376)
Jonathan R. Marko (P72450)               MORGAN, LEWIS & BOCKIUS LLP
MARKO LAW, PLLC                          110 North Wacker Drive, Suite 2800
1300 Broadway, 5th Floor                 Chicago, Illinois 60606
Detroit, Michigan 48226                  312-324-1000
313-777-7529                             stephanie.sweitzer@morganlewis.com
cait@markolaw.com
jon@markolaw.com

*Attorneys for Plaintiff*                 *Attorneys for Defendant Amazon.com Services, LLC*





Court Explorer

Case Details

+ Back to Search Results

**i** Case Summary

| Case Number | 2023-200259-CD | Entitlement | WILLIAMS MOLLIE vs. AMAZON.COM SERV |
| Judge Name | MARY ELLEN BRENNAN | Case E-Filed | YES |
| Case Filed | 05/10/2023 | Case Disposed | 00/00/0000 |

Register of Actions

| Date | Code | Desc | |
|------|------|------|---|
| 07/27/2023 | STO | STIP/ORD FILED VACATING CLERKS ENTRY OF DEFAULT | Order Document |
| 07/25/2023 | OFM | ORDER FOR FACILITATIVE MEDIATION FILED | Order Document |
| 07/25/2023 | MPS | MIFILE PROOF OF SERVICE FILED | Order Document |
| 07/25/2023 | APP | APPEARANCE FILED /DFT | Order Document |
| 07/25/2023 | MPS | MIFILE PROOF OF SERVICE FILED | Order Document |
| 07/24/2023 | SO | SCHEDULING ORDER FILED | Order Document |
| 07/22/2023 | SOP | SCHEDULING ORDER WRITTEN | |
| 07/22/2023 | | 11/17/2023 EXPERT DATE. | |
| 07/22/2023 | | 01/17/2024 CASE EVALUATION DATE. | |
| 07/22/2023 | | 11/17/2023 WITNESS DATE. | |
| 07/22/2023 | | 02/16/2024 MOTION DATE. | |
| 07/22/2023 | | 12/18/2023 DISCOVERY DATE. | |
| 07/22/2023 | | 02/16/2024 SETTLEMENT CONFERENCE. | |
| 07/22/2023 | | 04/22/2024 TRIAL DATE. | |
| 07/22/2023 | APR | DATE SET FOR PRETRIAL ON 02162024 08 30 AM | |
| 07/22/2023 | APR | DATE SET FOR TRIAL ON 04222024 08 30 AM | |
| 07/14/2023 | SUM | P/S ON SUMMONS FILED NO DATE | Order Document |
| 07/14/2023 | SUM | P/S ON SUMMONS FILED NO DATE | Order Document |
| 07/14/2023 | DEF | DEFAULT FILED | Order Document |
| 05/11/2023 | SI | SUMMONS ISSUED | Order Document |
| 05/09/2023 | C | COMPLAINT FILED | Order Document |

Showing 1 to 21 of 21 records